JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>TAMMY FOSS, Warden,<br><br>    Respondent. | Case No. CV 19-8414-FMO (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 8, 2021

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE